Application denied. We perceive no error in the rulings below. Relators are not entitled to the relief sought.

BARHAM, J., is of the opinion the writ should be granted ordering bail under Code criteria. See dissents in State v. Flood, 263 La. 700, 269 So.2d 212 and State v. Holmes, 263 La. 685, 269 So.2d 207.

■

267 So.2d 907

**BOOKS, ETC., INC.**

v.

**A. KRUSHEVSKI.**

No. 52930.

Nov. 6, 1972.

Writ refused. Since the case has been remanded, the judgment is not final.